IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr97-MHT |
| | ) | (WO) |
| RICHARD JOHN WILSON | ) | |

**SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE**

In accordance with the terms of supervised release set forth in the judgment entered today, it is ORDERED that, upon commencement of supervised release, the probation department shall:

(1) Within 60 days, arrange for defendant Richard John Wilson to receive a psychiatric assessment to determine his need for psychotropic medication, and thereafter, monitoring of the effectiveness and appropriateness of his medication by an appropriate mental-health provider.

(2) Assist defendant Wilson with accessing any recommended medication.

(3) Arrange for defendant Wilson to participate in intensive substance-abuse treatment focused on

preventing relapse upon release from incarceration, followed by participation in Narcotics Anonymous or another program that will provide ongoing support with a sponsor.

(4) Arrange for defendant Wilson to receive individual psychotherapy by a psychologist or other comparable mental-health professional who specializes in depression, anxiety, grief, and loss. The provider shall determine the frequency of the therapy.

(5) Provide a copy of the psychological evaluation by Dr. Ashlee Zito (Doc. 35-1) to each substance-abuse treatment and mental-health provider prior to the defendant's first visit to or assessment by the provider.

DONE, this the 6th day of September, 2023.

          /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE